# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FELICIA WILLIAMS,

    Plaintiff(s),

vs.

WAL-MART STORES, INC.,

    Defendant(s).

Case No. 2:16-cv-01919-KJD-NJK

ORDER

    This case has been removed from state court. *See* Docket No. 1. The parties shall file a discovery plan and proposed scheduling order by September 26, 2016. Because this action proceeded for some time in state court, the discovery plan shall also identify the discovery already conducted to date and shall explain the discovery that remains to be conducted.

    IT IS SO ORDERED.

    DATED: September 19, 2016

                                                               NANCY J. KOPPE
                                                               United States Magistrate Judge