1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                              **DISTRICT OF NEVADA**

10

11   FELICIA WILLIAMS,                    )
                                          )        Case No. 2:16-cv-01919-KJD-NJK
                  Plaintiff(s),           )
12                                        )
     vs.                                  )        ORDER
13                                        )
     WAL-MART STORES, INC.,               )        (Docket No. 7)
14                                        )
                  Defendant(s).           )
15   _____ )

16          Pending before the Court is a discovery plan, Docket No. 7, which is hereby **DENIED**.  *See*

17   Docket No. 6 ("Because this action proceeded for some time in state court, the discovery plan shall also

18   identify the discovery already conducted to date and shall explain the discovery that remains to be

19   conducted").  The parties shall file a renewed discovery plan and proposed scheduling order by

20   September 26, 2016.

21          IT IS SO ORDERED.

22          DATED: September 21, 2016

23          _____
                  NANCY J. KOPPE
24                United States Magistrate Judge

25

26

27

28