UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FELICIA WILLIAMS,<br>         Plaintiff(s),<br>vs.<br>WAL-MART STORES, INC.,<br>         Defendant(s). | Case No. 2:16-cv-01919-KJD-NJK<br><br>ORDER |

The Court has twice ordered the parties to submit a discovery plan "identifying the discovery already conducted to date and . . . explain[ing] the discovery that remains to be conducted." Docket Nos. 6, 8. To date, the parties have failed to comply. Most recently, they submitted a discovery plan indicating that, *inter alia*, "written discovery" has been conducted and "additional written discovery" remains to be completed. Docket No. 9. Such a statement is not helpful as the Court attempts to determine the proper discovery period in this case given its extended pendency in state court prior to removal. *See* Docket No. 1 at 1 (Defendant was served in state court action in 2015). The Court hereby **SETS** the latest discovery plan for a hearing on 9:00 a.m. on October 4, 2016, in Courtroom 3B. Counsel shall be prepared to identify with particularity the discovery already conducted and the discovery that remains. Counsel shall also be prepared to explain in detail why a 180-day discovery period is appropriate given that the case was pending in state court since 2015 prior to its removal.

IT IS SO ORDERED.

DATED: September 28, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge