# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FELICIA WILLIAMS,                        )<br>                        Plaintiff(s),    )<br>                                          )<br>vs.                                       )<br>                                          )<br>WAL-MART STORES, INC.,                    )<br>                        Defendant(s).    )<br>_____)  | Case No. 2:16-cv-01919-KJD-NJK<br><br>ORDER |

A defendant removing a civil action to federal court must file a petition for removal that contains the process, pleadings, and orders from the state court action. *See* 28 U.S.C. § 1446(a); *see also* 14C Wright, Miller, Cooper & Steinman, FEDERAL PRACTICE & PROCEDURE, §3738, at p. 703-05 (2016) ("The federal court may require the party or parties who filed the notice of removal to file with the federal court clerk copies of all records and proceedings in the state court"). Defendant's petition for removal attaches only the summons, complaint and petition for exemption from arbitration. Docket No. 1. It is clear from the record that this is not the complete universe of state court filings. *See* Docket No. 5 (reference Defendant's answer in state court).[1] The Court hereby **ORDERS** Defendant to file, no later than October 3, 2016, a complete record of the state court proceeding.

IT IS SO ORDERED.

DATED: September 28, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Not having the docket from the state court case, this Court is not clear what process, pleadings, and orders were issued in state court.