# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FELICIA WILLIAMS,<br><br>              Plaintiff(s),<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>              Defendant(s). | Case No. 2:16-cv-01919-KJD-NJK<br><br>ORDER |

Pending before the Court is an interim status report. Docket No. 17. Counsel are advised that the amended local rules became effective May 1, 2016. Counsel shall review Local Rule 26-3 as amended and, no later than October 17, 2016, counsel shall file an amended interim status report that complies with the rule.

IT IS SO ORDERED.

DATED: October 13, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge