# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| FELICIA WILLIAMS, | ) | Case No. 2:16-cv-01919-KJD-NJK |
| Plaintiff(s), | ) | |
| vs. | ) | ORDER |
| WAL-MART STORES, INC., | ) | (Docket No. 23) |
| Defendant(s). | ) | |

Pending before the Court is a stipulation to extend the rebuttal expert deadline. Docket No. 23. Such a request is governed by Local Rule 26-4, which requires a showing of good cause for the extension sought. For good cause shown, the stipulation is **GRANTED** and the rebuttal expert disclosure deadline is **EXTENDED** to December 7, 2016. All other deadlines in the operative scheduling order remain unchanged.

IT IS SO ORDERED.

DATED: November 22, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge