BRENDA H. ENTZMINGER
Nevada Bar No. 9800
BETSY C. JEFFERIS
Nevada Bar No.12980
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
bentzminger@psawlaw.net
bjefferis@psalaw.net

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FELICIA WILLIAMS, | Case No.: 2:16-cv-01919-KJD-NJK |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| WAL-MART STORES, INC., and DOES 1 through 100; and ROE CORPORATIONS 101 through 200, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 26 day of Jan, 2017.

**BERNSTEIN & POISSON**

Christopher D. Burk, Esq.
320 S. Jones Blvd.
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*
*Felicia Williams*

DATED this 31 day of Jan, 2017.

**PHILLIPS, SPALLAS & ANGSTADT**
# 12980

Betsy C. Jefferis, Esq.
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

### ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 6th day of February, 2017.

_____
**UNITED STATES DISTRICT JUDGE**